UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| SFG COMMERCIAL AIRCRAFT LEASING INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CAUSE NO. 3:09-CV-155 CAN |
| EQUITY AVIATION SERVICES LLC, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**OPINION AND ORDER**

This Court now sets a hearing and oral argument on the Plaintiff's motion for summary judgment and the Plaintiff's motion to strike for **May 12, 2010** at **10:00 a.m. (E.D.T.)** in Room 201, Robert A. Grant Courthouse, 204 S. Main Street, South Bend, Indiana. Counsel must appear in person and must be prepared to address the issues presented in the parties' briefs.

**SO ORDERED**.

Dated this 8th Day of April, 2010.

S/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge